## MARIAN E. LANSBURGH *v.* FARMERS & MERCHANTS NATIONAL BANK OF LOS ANGELES

[No. 29, January Term, 1936.]

*Decided February 20th, 1936.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, and SHEHAN, JJ.

*Norwood B. Orrick,* with whom were *Venable, Baetjer & Howard* on the brief, for the appellant.

*Edgar Allan Poe,* with whom were *Bartlett, Poe & Claggett* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.